# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148635

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 148635
                                           COA: 319464
                                           Wayne CC: 06-011233-FC

RAY KALAK,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 19, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



                                 Clerk

t0616